# RESCRIPT OPINIONS.

Pursuant to the requirements of G. L. c. 211, § 9, the Reporter publishes the following:

EDWIDGE E. PETERS'S CASE. October 31, 1962. Decree affirmed. The employee worked for Mount Holyoke College as an assistant cook. She was required to live in Torrey Hall, the dormitory where she worked. Employees were encouraged to attend church services, and no deduction in pay was made for the time spent in attending church. On Sunday morning, January 27, 1957, the employee and other employees left Torrey Hall to attend church. While walking down a flight of steps from the public sidewalk to the public street (which ran through the campus of the college) the employee slipped and was injured. After finding the foregoing facts, the reviewing board concluded that the injury did not arise out of and in the course of the employment and denied compensation. A decree in accordance with this decision was entered by the Superior Court, from which the employee appealed. There was no error. Whether the employee's injury arose out of and in the course of her employment was essentially a question of fact. The conclusion of the board that it did not cannot be said to be erroneous as matter of law. *Bedore's Case,* 339 Mass. 639. See *Simmons's Case,* 341 Mass. 319.

*Howard D. Barger (Louis Kerlinsky* with him) for the employee.
*Milton J. Donovan* for the insurer.

AMERINO FAGIOLI *vs.* PHILIP SANTANGELO & another. October 31, 1962. Exceptions overruled. The petitioner excepts to an order of a judge of the Superior Court denying his "Motion for Leave to File Annexed Substitute Bill of Review." Previously a demurrer to his "Bill of Review as Amended" had been sustained with leave to file a further amendment within ten days. But the petitioner was not entitled as of right to the allowance of the motion to amend. This case is governed by *Reubens* v. *Boston Fed. Sav. & Loan Assn.* 342 Mass. 483, 484–485, which was a petition for a writ of review, an analogous proceeding. The allowance of the petition was discretionary. *Bosse* v. *Leonard & Barrows Shoe Co.* 343 Mass. 207, 209. No abuse of discretion appears.

*Alfred P. Farese,* for the petitioner, submitted a brief.
*Elliott H. Stone (Eugene K. Laff* with him) for the respondents.